## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TANYA SILVA,**

> **Plaintiff,**

**v.**                                                        **No. 15-cv-1046 LAM/SMV**

**BOARD OF COUNTY COMMISIONERS**
**FOR THE COUNTY OF ROOSEVELT,**
**ROOSEVELT COUNTY ADULT DETENTION CENTER,**
**DAVID CASINOVA, DREW WHITE,**
**CAMERON RIDENOUR, DIVINE ALCANZO,**
**JANE-JOHN DOES 1-5, and JANE-JOHN DOES 6-10,**

> **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:          April 7, 2016, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **April 7, 2016, at 1:30 p.m.** Counsel shall call

Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  The Court

requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures)

prior to the status conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.