IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SILVA,

    Plaintiff,

v.                                                        No. 15-cv-1046 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF ROOSEVELT,
ROOSEVELT COUNTY ADULT DETENTION CENTER,
DAVID CASINOVA, DREW WHITE,
CAMERON RIDENOUR, DIVINE ALCANZO,
JANE-JOHN DOES 1-5, and JANE-JOHN DOES 6-10,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTIONS HEARING

**IT IS HEREBY ORDERED** that briefing on Plaintiff's Motion to Withdraw Admissions [Doc. 32] be EXPEDITED. Defendants' response is due no later than **November 14, 2016**, and Plaintiff's reply is due no later than **November 22, 2016**.

**IT IS FURTHER ORDERED** that an in-person hearing be set on Defendant's Motion to Compel [Doc. 30] and Plaintiff's Motion to Withdraw Admissions [Doc. 32] for Monday, **November 28, 2016, at 9:30 a.m.** at the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico. The specific courtroom will be determined at a later date.

**IT IS SO ORDERED.**

                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**