IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SILVA,

    Plaintiff,

v.                                                           No. 15-cv-1046 MCA/SMV

BOARD OF COUNTY COMMISIONERS
FOR THE COUNTY OF ROOSEVELT,
ROOSEVELT COUNTY ADULT DETENTION CENTER,
DAVID CASINOVA, DREW WHITE,
CAMERON RIDENOUR, DIVINE ALCANZO,
JANE-JOHN DOES 1-5, AND JANE-JOHN DOES 6-10,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff's counsel, Anna C. Martinez, failed to appear at an in-person hearing on Defendants' Motion to Compel [Doc. 30] and Plaintiff's Motion to Withdraw Admissions [Doc. 32], on November 28, 2016, at 9:30 a.m. in Albuquerque, New Mexico. Ms. Martinez is ordered to show cause why she should not be held in contempt or otherwise sanctioned for her failure to appear.

On November 4, 2016, the Court issued an order setting an expedited briefing schedule on Plaintiff's Motion to Withdraw Admissions [Doc. 32] and set an in-person hearing on two pending motions, Defendants' Motion to Compel [Doc. 30] and Plaintiff's Motion to Withdraw Admissions [Doc. 32], for November 28, 2016, at 9:30 a.m. in Albuquerque, New Mexico. In a subsequent order that same day, the Court notified the parties that the hearing would take place in the Pecos Courtroom on the third floor of the Pete V. Domenici Courthouse at 333 Lomas Boulevard Northwest in Albuquerque. [Doc. 34]. The CM/ECF notices of electronic filing

indicate that both orders were delivered to Plaintiff's counsel via email. Nevertheless, Ms. Martinez failed to appear on behalf of Plaintiff at the hearing.

**IT IS THEREFORE ORDERED** that attorney Anna C. Martinez shall show cause at an in-person hearing on December 12, 2016, in Las Cruces, New Mexico,[1] why she should not be held in contempt or otherwise sanctioned for her failure to appear at the hearing on November 28, 2016.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] An order setting the in-person hearing is filed concurrently herewith.