IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SILVA,

    Plaintiff,

v.   No. 15-cv-1046 MCA/SMV

BOARD OF COUNTY COMMISIONERS
FOR THE COUNTY OF ROOSEVELT,
ROOSEVELT COUNTY ADULT DETENTION CENTER,
DAVID CASINOVA, DREW WHITE,
CAMERON RIDENOUR, DIVINE ALCANZO,
JANE-JOHN DOES 1-5, AND JANE-JOHN DOES 6-10,

    Defendants.

## ORDER AWARDING EXPENSES UNDER RULE 37

THIS MATTER is before the Court on Defendants' Affidavit of Fees and Costs [Doc. 54], filed on December 20, 2016. On December 12, 2016, the Court granted Defendants' Motion to Compel Discovery [Doc. 30] and further ordered that Plaintiff pay Defendants' reasonable expenses, including attorney's fees, incurred in making their motion. [Doc. 50] (citing Fed. R. Civ. P. 37(a)(5)(A)). Defendants claim $825 in expenses. [Doc. 54]. Plaintiff has not objected to the amount or reasonableness of the claimed expenses, and the time for doing so has passed. Further, the Court finds that the requested $825 is reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that **no later than March 7, 2017**, Plaintiff pay Defendants $825, which is the reasonable expenses incurred in making their Motion to Compel [Doc. 30]. *See* Fed. R. Civ. 37(a)(5)(A).

**Plaintiff and her counsel are admonished that any further failure to comply with the rules of procedure or orders of this Court may result in further sanctions, up to and**

including dismissal of the case with prejudice.  *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**