IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SILVA,

    Plaintiff,

v.                                                                No. 15-cv-1046 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF ROOSEVELT,
ROOSEVELT COUNTY ADULT DETENTION CENTER,
DAVID CASINOVA, DREW WHITE,
CAMERON RIDENOUR, DIVINE ALCANZO,
JANE-JOHN DOES 1-5, and JANE-JOHN DOES 6-10,

    Defendants.

## ORDER RESETTING SETTLEMENT CONFERENCE DEADLINES

THIS MATTER is before the Court pursuant to a telephonic status conference held on March 13, 2017. On January 31, 2017, the Court issued an Order Setting Settlement Conference [Doc. 66], in which it set a date for the settlement conference and imposed deadlines by which the parties were required to exchange letters and submit the letters, along with their confidential position statements, to the Court. Plaintiff failed to submit her demand letter to Defendants by the March 1, 2017 deadline. Consequently, the subsequent deadlines are no longer operative. As discussed at the status conference on March 13, 2017, the Court will set out new deadlines in advance of the March 20, 2017 settlement conference. All other aspects of the Order Setting Settlement Conference [Doc. 66] remain in effect.

The Court has already cautioned Plaintiff that "[a]ny further failures by Plaintiff to comply with the rules of procedure or orders of this Court could result in further sanctions, up to and including dismissal of the case. [Doc. 50] at 2 (citing Fed. R. Civ. P. 37(b); *Ehrenhaus v.*

*Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992)).  The Court reiterates its earlier warning.  Failure to comply with this or any other order of the Court could result in sanctions against Plaintiff or Plaintiff's counsel, including dismissal of the case.

    **IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendant:** | March 15, 2017, at 12:00 p.m. |
| **Defendant must forward a copy of Plaintiff's letter to the Court:** | Upon receipt of letter |
| **Defendant's letter and counteroffer due to Plaintiff and the Court:** | March 17, 2017, at 12:00 p.m. |
| **Defendant's confidential position statement due to the Court:**[1] | March 17, 2017, at 12:00 p.m. |
| **Settlement Conference:** | March 20, 2017, at 9:00 a.m. |

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Plaintiff has already submitted her confidential position statement to the Court.  Plaintiff need not re-submit it.

2